# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

Rehearing No. 562

138123

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RONALD JAMES PLUNKETT,
      Defendant-Appellee.

_____

SC: 138123
COA: 284943
Washtenaw CC: 07-001471-FC

On order of the Court, the motion for rehearing is considered, and it is DENIED.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 13, 2010


Clerk